UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | |
|---|---|
| RICARDO B. GURROLA and MARLEINET T. GURROLA, on behalf of themselves and all others similarly situated, ) ) ) ) | |
| Plaintiffs, ) ) | Case No. 1:23-cv-03438 |
| v. ) ) | Hon. Steven C. Seeger |
| FORD MOTOR COMPANY, a Delaware corporation, ) ) ) ) | |
| Defendant. ) ) | |

## SCHEDULING ORDER UNDER RULE 16(b)

The Court received the parties' Joint Initial Status Report, which contained a proposed discovery plan as required by Rule 26(f)(2). Based on the discovery plan proposed by the parties, the Court hereby sets the following scheduling order under Rule 16(b). The Court will modify this schedule "only for good cause." *See* Fed. R. Civ. P. 16(b)(4).

| Event | Deadline |
|---|---|
| Amendment to the pleadings | Unless otherwise ordered by the Court, 30 days after the Court rules on Ford's pending motion to dismiss. |
| Initial Disclosures | September 14, 2023 |
| Completion of Fact Discovery | March 29, 2024 |
| Disclosure of Plaintiff's Expert Report(s) | April 26, 2024 |
| Deposition of Plaintiff's Expert | May 24, 2024 |
| Disclosure of Defendant's Expert Report(s) | June 21, 2024 |
| Deposition of Defendant's Expert | July 19, 2024 |
| Plaintiffs' Motion for Class Certification and any Daubert challenge | August 23, 2024 |

| Defendant's Opposition to Class Certification and Oppositions to any Daubert challenge | September 27, 2024 |
|---|---|
| Plaintiffs' Reply in Support of Class Certification and Replies to any Daubert challenge | October 18, 2024 |
| Dispositive Motions | 45 days after any ruling on class certification or resolution of any Rule 23(f) Petition |

Date: September 1, 2023

_____
Steven C. Seeger
United States District Judge